UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAXX LYMAN, | ) | CASE NO.  1:24-CV-00694 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| EXACT CARE PHARMACY, LLC, *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

On August 7, 2025, the parties jointly informed the Court that a settlement has been reached.  (Doc. 26.)  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is DISMISSED without prejudice

On or before October 6, 2025, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

Date:  August 8, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE