UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAXX LYMAN, | ) | CASE NO. 1:24-cv-00694 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| EXACT CARE PHARMACY, LLC, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

The Court is in receipt of the parties' Stipulation of Dismissal. (Doc. 30.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's individual claims are DISMISSED with prejudice. The case is CLOSED.

**IT IS SO ORDERED.**

Date: November 4, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE